IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **2:12-CR-221-MHT** |
| | ) | |
| | ) | |
| | ) | |
| **WENDELL GASKIN,** | ) | |

### MOTION FOR COMPASSIONATE RELEASE PENDING SENTENCING

**COMES NOW**, the Defendant, Wendell Gaskin, by and through his undersigned counsel, J. Carlton Taylor, and files this his Motion for Compassionate Release Pending Sentencing as grounds would show unto this Honorable court as follows:

1. The Defendant is set for sentencing on September 5, 2014 at 2:00 pm.

2. That the Defendant has notified the undersigned that his father does not have long to live. (See attached Exhibit)

3. That the Defendant is expected to receive a lengthy prison sentence in this matter and would be unable to say his final goodbye to his father if this motion were not granted.

4. That the Defendant is neither a flight risk nor is he a danger to the community.

**WHEREFORE, PREMISE CONSIDERED,** the Defendant prays this honorable court will make and enter an order releasing him from custody on monitoring pending sentencing; or in the alternative, the court issue an order directing the US Marshall to transport the defendant to visit with his father for a period of not less than 6 hours.

**RESPECTFULLY SUBMITTED,** this the 27th day of August, 2014.

   /s/ J. Carlton Taylor
**J. Carlton Taylor, Esq.**
Attorney for the Defendant
ASB 5037-L53J
The Law Offices of J. Carlton Taylor
Post Office Box 230783
Montgomery, Alabama 36123
(334) 472-0500
jct@jtcrimlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 27th day of August, 2014.

   /s/ J. Carlton Taylor
**J. Carlton Taylor, Esq.**
Attorney for the Defendant
ASB 5037-L53J
The Law Offices of J. Carlton Taylor
Post Office Box 230783
Montgomery, Alabama 36123
(334) 472-0500
jct@jtcrimlaw.com

Verne Speirs
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197
verne.speirs@usdoj.gov