# Hospice and Palliative Physician Services, LLC

4644 Keysville Ave.
Spring Hill, FL 34608

(352) 666-4216 (voice/fax)

---

Date:   August 18, 2014

From:   Navinchandra Patel, MD

Re:     Wendell Gaskin

To whom it may concern,

This is a letter to verify that Wendell Gaskin is a current patient with HPH Hospice. Mr. Gaskin has been given a terminal diagnosis and considered to have a limited life expectancy. Please accept this letter on behalf of his son, also named Wendell Gaskin, for consideration with your institution in this difficult time. If you have any questions, feel free to call me at 813-780-6797.

Thank you,

*[signature]* MD

Dr. Navinchandra Patel, MD
Team Physician
HPH Hospice
East Pasco Office