**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CASE NO. 2:12cr221-MHT** |
| | ) | **(WO)** |
| WENDELL GASKIN a/k/a "Caine" | ) | |

**FINAL ORDER OF FORFEITURE**

**WHEREAS**, on October 3, 2013, this Court entered a Preliminary Order of Forfeiture

(Doc. #200), forfeiting the following property to the United States:

(a)     $1,269.00 in U.S. currency seized March 21, 2013, from defendant Wendell Gaskin;

(b)     Remington Arms Company, model 11, 12 gauge short barrel shotgun, no serial number;

(c)     Rohm, model RG66, .22 caliber revolver, bearing serial number 1B119417;

(d)     Llama, model Espanal, .380 caliber semi-automatic pistol, bearing serial number A03015;

(e)     Rohm, model 67, .38 caliber special revolver, bearing serial number 71441;

(f)     Davis Industries, model D25, .25 caliber derringer, bearing serial number 050992;

(g)     Savage, model 110, .243 caliber rifle, bearing serial number F204369;

(h)     85 rounds of assorted ammunition;[1] and,

(i)     Funds contained on GreenDot cards.[2]

---

[1] Items (a) through (h) were forfeited through the administrative forfeiture process on January 7, 2014.

**WHEREAS**, the United States published notice of this forfeiture on an official government internet site (www.forfeiture.gov) notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property in accordance with the law and as specified in the Preliminary Order of Forfeiture (Doc. #258);

**WHEREAS**, no timely petition has been filed and all third-party interests are barred by failure of those parties to file a timely petition; and,

**WHEREAS**, the Court finds that defendant Wendell Gaskin a/k/a "Caine" has an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853.  The United States has established the requisite nexus between such property in the commission of the violation of 21 U.S.C. § 846.

**IT IS HEREBY ORDERED** that the United States of America' Motion for a Final Order of Forfeiture (Doc. No. 698)  is GRANTED as follows:

1.      The following property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853: **$1,269.00 in U.S. currency seized March 21, 2013, from defendant Wendell Gaskin.**

2.      All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3.      The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

---

[2] There were no funds available for forfeiture on the GreenDot cards.

4.      The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

SO ORDERED this the 25th day of September, 2014.


_____/s/  Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE