IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:12cr221-MHT** |
| | ) | **(WO)** |
| **WENDELL GASKIN** | ) | |

### ORDER

Based on the representations made on the record on December 16, 2022, it is ORDERED that another status conference is set for January 27, 2023, at 8:30 a.m., to discuss how defendant Wendell Gaskin is progressing, including whether he has had a thorough mental-health evaluation and whether he needs mental-health treatment in light of, among other things, his quite extensive history of institutionalization.  The courtroom deputy is to arrange for the conference to be by telephone.

DONE, this the 19th day of December, 2022.

                                                       /s/ Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE