IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:12cr221-MHT
                            )            (WO)
WENDELL GASKIN              )
```

### ORDER

Based on the representations made on the record today, it is ORDERED that another status conference is set for March 24, 2023, at 8:30 a.m., to discuss how defendant Wendell Gaskin is progressing, including whether he is receiving mental-health and drug-abuse treatment. The courtroom deputy is to arrange for the conference to be by telephone. The supervising probation officer and defense counsel are to file a joint status report or separate ones, three business days before the status conference.

DONE, this the 27th day of January, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**