IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:12cr221-MHT** |
| | ) | **(WO)** |
| **WENDELL GASKIN** | ) | |

**ORDER**

Based on the representations made on the record today, it is ORDERED that another status conference is set for September 22, 2023, at 8:30 a.m., to discuss how defendant Wendell Gaskin is progressing, including whether he is receiving mental-health and drug-abuse treatment. The courtroom deputy is to arrange for the conference to be by telephone. The supervising probation officer and defense counsel are to file a joint status report or separate ones, three business days before the status conference.

DONE, this the 24th day of March, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**