IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )         2:12cr221-MHT
                            )              (WO)
WENDELL GASKIN              )
```

ORDER TERMINATING SUPERVISED RELEASE EARLY

This case is before the court on defendant Wendell Gaskin's motion for early termination of supervised release. Defense counsel represents in the motion that neither Gaskin's supervising probation officer nor the government opposes early termination.

Gaskin has completed approximately three of his five years of supervised release. According to Gaskin's supervising probation officer, Gaskin is generally compliant with the conditions of his supervision and has not had any new positive drug screens. He has also been regularly attending mental-health treatment. In short, Gaskin has successfully reintegrated into society and is well positioned to avoid criminal involvement in the future.

Additionally, Gaskin requests early termination due to his recent diagnosis of cancer of the bile ducts.  He has a poor prognosis and wishes to spend his time focusing on his health.  For all these reasons, the court finds that the motion for early termination should be granted.

***

Accordingly, it is ORDERED that defendant Wendell Gaskin's motion for early termination of supervised release (Doc. 977) is granted; his supervised release is terminated; and he is discharged.

DONE, this the 20th day of October, 2025.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE